# Order

Michigan Supreme
Court
Lansing, Michigan

January 27, 2015

Robert P. Young, Jr.,
Chief Justice

150841(29)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

HARBOR WATCH CONDOMINIUM
ASSOCIATION,
          Plaintiff-Appellant,

v

EMMET COUNTY TREASURER,
          Defendant-Appellee.
_____/

SC: 150841
COA: 316858
Emmet CC: 12-103747-CZ

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 2, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2015

